IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK C. VEARLING** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 08-2343** |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of the Social** | : | |
| **Security Administration** | : | |

## ORDER

**AND NOW,** this 9th day of July, 2009, upon consideration of Plaintiff's Request for Review (Document No. 12), the defendant's response (Document No. 15), the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Document No. 21), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The plaintiff's Request for Review is **GRANTED**.

3. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge M. Faith Angell.

      /Timothy J. Savage
TIMOTHY J. SAVAGE, J.